# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SHEILA ZINNERMAN,      )<br>    Plaintiff,           )<br>                       )<br>vs.                    )<br>                       )<br>WORTHINGTON INDUSTRIES, INC., )<br>    Defendant.          ) | CIVIL ACTION 1:17-00123-KD-B |

## JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Worthington Industries, Inc. and against Plaintiff Sheila Zinnerman, such that all of the Plaintiff's claims against this defendant are hereby **DISMISSED.**

**DONE** and **ORDERED** this the **7th** day of **May 2018.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**